```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


RAYMOND ROBERSON, et al.        :        CIVIL ACTION
                                :
          v.                    :
                                :
POST COMMERCIAL REAL ESTATE     :
LLC d/b/a, a/k/a POST COMMERCIAL:
REAL ESTATE                     :        NO. 13-6730
```

ORDER

   AND NOW, this 22nd day of April, 2014, for the reasons
set forth in the accompanying Memorandum, it is hereby ORDERED
that the motion of defendants to dismiss or, in the alternative,
for summary judgment as to the complaint of plaintiff Lamar Love
(Doc. #10) is DENIED.

               BY THE COURT:


              /s/ Harvey Bartle III
                           J.