IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND ROBERSON, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POST COMMERCIAL REAL ESTATE LLC, et al. | : | NO. 13-6730 |

ORDER

AND NOW, this 1st day of May, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) The motion of defendants Post Commercial Real Estate LLC and Post Brothers Apartments for summary judgment (doc. # 35) is GRANTED insofar as it relates to the claim of plaintiffs Raymond Roberson and Lamar Love that defendants created a hostile work environment and any claim of plaintiffs Raymond Roberson and Lamar Love that defendants engaged in a pattern and practice of discrimination; and

(2) The motion of defendant Post Commercial Real Estate LLC and Post Brothers Apartments for summary judgment (doc. # 35) is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.